## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In re:

CORPUS CHRISTI MANAGEMENT, LLC,

                    Debtor(s).                    No. 11-09-10004 SS

## MOTION TO APPROVE SALE

**COMES NOW** the Debtor by and through its undersigned attorney to move the Court to approve the sale of the land and building located at 5701 South Padre Island Drive, Corpus Christi, Texas, to SPID Corpus Development, LLC, TX, 78704, and as grounds therefore would show the Court:

    1. On or about October 16, 2009, the Debtor's only asset, a commercial building and real property in Corpus Christi, Texas, was sold to SPID Corpus Development, LLC, TX 78704, in accordance with the lease/option agreement between the parties. The Debtor's secured creditors were paid at closing of the Sale. A copy of the HUD Final Settlement Statement for the Sale is attached hereto and incorporated by reference.

    2. Net sale proceeds to the Debtor are more than sufficient to pay the remaining unsecured creditor.

**WHEREFORE**, the Debtor prays that the sale of the land and building located at 5701 South Padre Island Drive, Corpus Christi, Texas, to SPID Corpus Development, LLC, TX, 78704, be approved by the Court.

*GARY B. OTTINGER*
*ATTORNEY AT LAW*

/s/ E-filed
Gary B. Ottinger
P.O. Box 1782
Albuquerque, NM 87103-1782
(505) 246-8699 FAX 246-9104

I certify that a copy of this motion was served by CM/ECF e-mail on all parties entering appearance in this case on the day it was filed.

/s/ E-filed
Gary B. Ottinger

| A. U.S. Department of Housing and Urban Development | B. Type of Loan | | |
|---|---|---|---|
| | 1. [ ] FHA | 2. [ ] FMHA | 3. [ ] Conv. Unins. |
| | 4. [ ] VA | 5. [ ] Conv. Ins. | |
| **FINAL** | 6. File Number: 901236 | | 7. Loan Number |
| **Settlement Statement** | 8. Mortgage Ins. Case No. | | |

| | |
|---|---|
| C. Note: | This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked ("POC") were paid outside the closing: they are shown here for information purposes and are not included in the totals. |
| D. Name of Borrower: | SPID Corpus Development, LLC, TX 78704 |
| E. Name of Seller: | Corpus Christi Management Co., LLC, c/o Cravey Real Estate, 5541 Bear Lane, Suite 240, Corpus Christi, TX 78405 |
| F. Name of Lender: | Bank of Houston, 1051 FM 1960 West, Houston, TX 77090 |
| G. Property Location: | Lot 1, Block A, MANOR TERRACE<br><br>5701 South Padre Island Drive, Corpus Christi, TX 78412 |
| H. Settlement Agent: | Stewart Title Corpus Christi Division (361) 985-6336 |
| Place of Settlement: | 711 N. Carancahua, Ste 107, Corpus Christi, TX 78475 |
| I. Settlement Date: | 10/6/2009     Proration Date: 10/16/2009 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross amount due from borrower:** | | **400. Gross amount due to seller:** | |
| 101. Contract sales price | 1,390,000.00 | 401. Contract sales price | 1,390,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 11,339.10 | 403. | |
| 104. Payoff | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance:* | | *Adjustments for items paid by seller in advance:* | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes 10/16/2009 to 1/1/2010 | 2,172.26 | 407. County taxes 10/16/2009 to 1/1/2010 | 2,172.26 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross amount due from borrower:** | **1,403,511.36** | **420. Gross amount due to seller:** | **1,392,172.26** |
| **200. Amounts paid by or in behalf of the borrower:** | | **500. Reduction in amount due to seller:** | |
| 201. Deposit or earnest money | 15,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 1,112,000.00 | 502. Settlement charges to seller (line 1400) | 67,561.28 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Principal amount of second loan | | 504. Payoff of first mortgage loan Zions 10/21 | 1,102,743.71 |
| 205. Paul Hoang - Cash due at closing | 134,434.50 | 505. Payoff of second mortgage loan | |
| 206. Cuong Phan - cash due at closing | 45,707.73 | 506. 2008 Taxes - October payment | 21,203.12 |
| 207. Thinh Phan - cash due at closing | 45,707.73 | 507. 2009 Taxes to Nueces County | 10,297.10 |
| 208. Sandeep Kodityal - cash due at closing | 43,019.05 | 508. | |
| 209. Option fee | | 509. Option fee | |
| *Adjustments for items unpaid by seller:* | | *Adjustments for items unpaid by seller:* | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. Prorated Rent 10-17-09 thru 10-31-09 | 7,642.35 | 516. Prorated Rent 10-17-09 thru 10-31-09 | 7,642.35 |
| 217. | | 517. | |
| 218. $14,602.69 2008 Taxes | | 518. $14,602.69 2008 Taxes | |
| 219. | | 519. | |
| **220. Total paid by/for borrower:** | **1,403,511.36** | **520. Total reduction in amount due seller:** | **1,209,447.56** |
| **300. Cash at settlement from/to borrower:** | | **600. Cash at settlement to/from seller:** | |
| 301. Gross amount due from borrower (line 120) | 1,403,511.36 | 601. Gross amount due to seller (line 420) | 1,392,172.26 |
| 302. Less amount paid by/for borrower (line 220) | 1,403,511.36 | 602. Less total reduction in amount due seller(line 520) | 1,209,447.56 |
| 303. **CASH ( )FROM ( )TO BORROWER** | 0.00 | 603. **CASH ( )FROM (X)TO SELLER** | 182,724.70 |

SUBSTITUTE FORM 1099 SELLER STATEMENT - The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404), 406, 407 and 408-412 (applicable part of buyer's real estate tax reportable to the IRS) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.
SELLER INSTRUCTION - If this real estate was your principle residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required by law to provide Stewart Title Corpus Christi Division (361) 985-6336 with your correct taxpayer identification number.
If you do not provide Stewart Title Corpus Christi Division (361) 985-6336 with your correct taxpayer identification number, you may be subject to civil or criminal penalties.

Corpus Christi Management Co., LLC

| L. Settlement Charges | 10/19/09 11:01 AM | File Number: 901236 | |
|---|---|---|---|
| 700. | Total sales/broker commission     based on : $1,390,000.00= $59,746.28 | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
| | Division of commission (line 700) as follows: | | |
| 701. | $34,750.00 + ($4,876.86)     to   Cravey Real Estate Services, | | |
| 702. | $34,750.00 + ($4,876.86)     to   Keller Williams | | |
| 703. | Commission paid at settlement $59,746.28 | | 59,746.28 |
| 704. | | | |
| 705. | THE FOLLOWING PERSONS, FIRMS, OR CORPORATIONS RECEIVED A PORTION OF | | |
| 706. | THE REAL ESTATE COMMISSION SHOWN ABOVE: | | |
| 707. | Lynann Pinkham; Jamie Batten | | |
| 708. | - $9,753.72 lease commission | | |
| 800. | Items payable in connection with loan | | |
| 801. | Loan origination fee     to   Bank of Houston     ( 0.5%) | 5,560.00 | |
| 802. | Loan discount | | |
| 803. | Appraisal fee     to   Burbach & Associates | 1,900.00 | |
| 804. | Credit report | | |
| 805. | Lender's inspection fee | | |
| 806. | Mortgage insurance application fee | | |
| 807. | Assumption fee | | |
| 808. | Flood certification fee     to   Bank of Houston | 10.00 | |
| 809. | Tax service fee | | |
| 810. | Underwriting fee | | |
| 811. | Processing fee | | |
| 812. | Messenger/Courier fee | | |
| 813. | Funding/Wire fee | | |
| 814. | Yield spread premium | | |
| 815. | Phase I Environmental     to   Mody K. Boatright | 1,405.00 | |
| 900. | Items required by lender to be paid in advance | | |
| 901. | Interest from | | |
| 902. | Mortgage insurance premium for | | |
| 903. | Hazard insurance premium for | | |
| 904. | Flood insurance premium for | | |
| 905. | Windstorm insurance premium for | | |
| 906. | | | |
| 1000. | Reserves deposited with lender | | |
| 1001. | Hazard insurance | | |
| 1002. | Mortgage insurance | | |
| 1003. | City property taxes | | |
| 1004. | County property taxes | | |
| 1005. | Annual assessments (maint.) | | |
| 1006. | Flood insurance | | |
| 1007. | Windstorm insurance | | |
| 1008. | | | |
| 1009. | Aggregate adjustment | | |
| 1100. | Title charges | | |
| 1101. | Settlement or closing fee | | |
| 1102. | Abstract or title search | | |
| 1103. | Title examination | | |
| 1104. | Title insurance binder | | |
| 1105. | Document preparation | | |
| 1106. | Notary fees | | |
| 1107. | Attorney's fees to     Adam & Bing, PC | 1,145.00 | |
| | includes above items no.: | | |
| 1108. | Title insurance     to   Stewart Title Corpus Christi Division | 739.10 | 7,361.00 |
| | includes above items no.:   T19; Tax; NYDP | | |
| 1109. | Lender's coverage     $1,112,000.00     $739.10 | | |
| 1110. | Owner's coverage     $1,390,000.00     $7,361.00 | | |
| 1111. | State of Texas policy guaranty fee to   Guaranty Fee Transfer | 5.00 | 5.00 |
| 1112. | Escrow fee     to   Stewart Title Corpus Christi Division | 375.00 | 375.00 |
| 1113. | Tax certificate     to   Third Coast Tax Service, LLC. | | 55.00 |
| 1114. | Copy Fee | | |
| 1115. | | | |
| 1200. | Government recording and transfer charges | | |
| 1201. | Recording fees:     Deed $23.00  Mortgage $51.00  Release $19.00  ASR $31.00 | 105.00 | 19.00 |
| 1202. | City/county tax/stamps: | | |
| 1203. | State tax/stamps: | | |
| 1204. | Recording Assignment of Rents   to   Stewart Title Corpus Christi Division | 95.00 | |
| 1205. | | | |
| 1206. | | | |
| 1300. | Additional settlement charges | | |
| 1301. | Survey | | |
| 1302. | Pest inspection | | |
| 1303. | Residential Service Contract | | |
| 1304. | | | |
| 1305. | | | |
| 1400. | Total settlement charges (entered on lines 103, section J and 502, section K) | 11,339.10 | 67,561.28 |

# ADDENDUM TO HUD-1

File No. 901236  Date: October 16, 2009

Property: 5701 South Padre Island Drive Corpus Christi Texas 78412

---

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

The Seller's and Purchaser's/Borrower's signatures hereon acknowledge their approval and signify their understanding that tax and insurance pro-rations and reserves are based on figures for the preceding year or supplied by others or estimated for the current year, and in the event of any change for the current year, all necessary adjustments will be made between Purchaser/Borrower and Seller directly. Any deficit in delinquent taxes or mortgage payoffs will be promptly reimbursed to the Settlement Agent by the Seller.

The parties have read the above sentences, recognize that the recitations herein are material, agree to same, and recognize Title Company is relying on the same.

I hereby authorize the Settlement Agent to make expenditures and disbursements as shown above and approve same for payment.


Corpus Christi Management Co., LLC                SPID CORPUS DEVELOPMENT, LLC,
                                                  a Texas limited liability company

                                                  By: _____
                                                     Cuong Phan, Chief Executive Officer


_____
Paula McDonald
Manager




The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _____  Date: 10-16-09
                  Ginny Price

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details, see: Title 18 U.S. Code Sections 1001 and 1010.

# ADDENDUM TO HUD-1

File No. 901236                                     Date: Oct. 16, 2009

Property: 5701 South Padre Island Drive Corpus Christi Texas 78412

---

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

The Seller's and Purchaser's/Borrower's signatures hereon acknowledge their approval and signify their understanding that tax and insurance pro-rations and reserves are based on figures for the preceding year or supplied by others or estimated for the current year, and in the event of any change for the current year, all necessary adjustments will be made between Purchaser/Borrower and Seller directly. Any deficit in delinquent taxes or mortgage payoffs will be promptly reimbursed to the Settlement Agent by the Seller.

The parties have read the above sentences, recognize that the recitations herein are material, agree to same, and recognize Title Company is relying on the same.

I hereby authorize the Settlement Agent to make expenditures and disbursements as shown above and approve same for payment.


Corpus Christi Management Co., LLC              SPID CORPUS DEVELOPMENT, LLC,
                                                a Texas limited liability company

                                                By: _____
                                                    Cuong Phan, Chief Executive Officer


_____
Paula McDonald
Manager





          The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.
Settlement Agent: _____     Date: October 16, 2009
                  Ginny Price

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details, see: Title 18 U.S. Code Sections 1001 and 1010.

# ADDENDUM TO HUD-1

File No. 901236                                   Date: Oct 16, 2009

Property: 5701 South Padre Island Drive Corpus Christi Texas 78412

---

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

The Seller's and Purchaser's/Borrower's signatures hereon acknowledge their approval and signify their understanding that tax and insurance pro-rations and reserves are based on figures for the preceding year or supplied by others or estimated for the current year, and in the event of any change for the current year, all necessary adjustments will be made between Purchaser/Borrower and Seller directly. Any deficit in delinquent taxes or mortgage payoffs will be promptly reimbursed to the Settlement Agent by the Seller.

The parties have read the above sentences, recognize that the recitations herein are material, agree to same, and recognize Title Company is relying on the same.

I hereby authorize the Settlement Agent to make expenditures and disbursements as shown above and approve same for payment.

Corpus Christi Management Co., LLC

SPID CORPUS DEVELOPMENT, LLC,
a Texas limited liability company

By: _____
Cuong Phan, Chief Executive Officer

By: _____
Cuong Phan, Manager

By: _____
Paul Hoang, Manager

By: _____
Sandeep Kodityal, Manager

By: _____
Thinh Phan, Manager

Paula McDonald
Manager

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _____   Date: October 16, 2009
Ginny Price

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details, see: Title 18 U.S. Code Sections 1001 and 1010.