# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re:**

CORPUS CHRISTI MANAGEMENT, LLC,

    Debtor.                                                                               No. 11-09-10004 SS

## NOTICE OF DEADLINE FOR FILING RESPONSE TO
## MOTION TO APPROVE SALE

TO:    All Creditors and Parties in Interest

    **YOU ARE HEREBY NOTIFIED** that on October 30, 2009, Gary B. Ottinger, attorney for the Debtor, filed a Motion to Approve the sale of the land and building, which is the Debtor's only asset, located at 5701 South Padre Island Drive, Corpus Christi, TX, to SPID Corpus Development, LLC, TX. A copy of the Motion is on file with the Bankruptcy Court Clerk's Office at 500 Gold Avenue, SW, 10th floor, Albuquerque, NM, 87102, and is available for inspection.

    **UNLESS YOU FILE A WRITTEN OBJECTION TO THIS MOTION**, with a request for a hearing, **within twenty (20) days** of the date of the mailing of this notice, the Court may enter an Order approving the sale. An original and one copy of the objection and request for hearing should be sent to the Clerk of the Court, Norman H. Meyer, P.O. Box 546, Albuquerque, NM, 87103-0546, and a copy of your objection and request for hearing should be sent to the attorney for the Debtors, Gary B. Ottinger, P.O. Box 1782, Albuquerque, NM, 87103, (505) 246-8699. If you are an attorney, your objection must be filed electronically. In the event objections are timely filed, a hearing to consider them will be held on short notice to counsel for the Debtor and any objecting parties.

Date Notice Mailed: **November 3, 2009**

Number of copies mailed: **16**


I hereby certify I caused a copy of this notice to be mailed to all creditors and parties in interest shown on the matrix attached to the original of this Notice this 3rd day of November, 2009.


E-filed         
Gary B. Ottinger

```
Label Matrix for local noticing          Corpus Christi Management, LLC         Craddock Massey
1084-1                                   102 E. Water St.                       1250 Capital of TX Hwy S., Bldg 1 #420
Case 09-10004-s11                        Santa Fe, NM 87501-2145                Austin, TX 78746-6446
New Mexico
Albuquerque
Mon Nov  2 15:16:00 MST 2009

Matthew Cravey                           Equifax                                Experian
Cravey Real Estate Services, Inc.        PO Box 144717                          Profile Maintenance
5541 Bear Lane                           Orlando, FL 32814-4717                 PO Box 9558
Suite 240                                                                       Allen, TX 75013-9558
Corpus Christi, TX 78405-4119


IRS Chapter 11 Bankruptcy                Linebarger Goggan Blair & Sampson, LLP Linebarger, Goggan, Blair & Sampson LLP
210 E. Earll Dr.                         Attn:  Diane W. Sanders, The Terrace II The Terrace II
MS 5013 PX                               2700 Via Fortuna Dr. Ste. 400          2700 Via Fortuna Dr. Ste 400
Phoenix, AZ 85012-2653                   P.O. Box 17428                         P.O. Box 17428
                                         Austin, TX  78760-7428                 Austin, TX  78760-7428


Leonard K Martinez-Metzgar               NM Taxation & Revenue                  Nueces County
PO Box 608                               Attn:  Bankruptcy                      The Terrace II
Albuquerque, NM 87103-0608               P.O. Box 8575                          2700 Via Fortuna Dr, Ste 400
                                         Albuquerque, NM  87198-8575            P.O. Box 17428
                                                                                Austin, TX 78760-7428


Gary B Ottinger                          Diane W. Sanders                       Nathan C. Sprague
PO Box 1782                              Linebarger, Goggan, Blair & Sampson, LLP PO Box 27047
Albuquerque, NM 87103-1782               PO Box 17428                           Albuquerque, NM 87125-7047
                                         Austin, TX 78760-7428


Texas Windstorm Insurance Assoc.         Tooley & Gutierrez, CPAs               Trans Union Corp.
P.O. Box 99090                           1000 Eubank Blvd., NE, #A              Attn:  Public Records Dept.
Austin, TX  78709-9090                   Albuquerque, NM  87112-5375            555 West Adams St.
                                                                                Chicago, IL 60661-3631


United States Trustee                    Zions First National Bank              (p)ZIONS FIRST NATIONAL BANK
PO Box 608                               c/o Nathan C. Sprague                  LEGAL SERVICES UT ZB11 0877
Albuquerque, NM 87103-0608               P.O. Box 27047                         P O BOX 30709
                                         Albuquerque, NM 87125-7047             SALT LAKE CITY UT 84130-0709
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Zions First National Bank
Attn:  Valerie Leon
One S. Main St., #500
Salt Lake City, UT  84133-1109
```




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)James S. Starzynski

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21