# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:

CORPUS CHRISTI MANAGEMENT, LLC,

                Debtor(s).                 No. 11-09-10004 SS

## ORDER APPROVING SALE

**THIS MATTER** came before the Court on the Debtor's Motion to approve the sale of the land and building located at 5701 South Padre Island Drive, Corpus Christi, Texas, to SPID Corpus Development, LLC, TX, 78704, and notice of deadline for filing objections to the Motion having been mailed to all creditors and parties in interest on November 3, 2009, and time for filing objections having expired on November 30, 2009, and the Court being advised in the premises finds:

    1. Notice given by the Debtor was sufficient and no timely objection to the Motion to Approve Sale was filed.

    2. On or about October 16, 2009, the Debtor's only asset, a commercial building and real property in Corpus Christi, Texas, was sold to SPID Corpus Development, LLC, TX, 78704, in accordance with the lease/option agreement between the parties. The Debtor's secured creditors were paid at closing of the sale. A copy of the HUD Final Settlement Statement for the Sale is attached to the Motion to Approve Sale.

    3. Net sale proceeds to the Debtor are more than sufficient to pay the remaining unsecured creditor.

**IT IS, THEREFORE, ORDERED** that the sale of the land and building located at 5701 South Padre Island Drive, Corpus Christi, Texas, to SPID Corpus Development, LLC, TX, 78704, be and it hereby is, approved by the Court.

_____
U.S. BANKRUPTCY JUDGE

*Date Entered on Docket: December 4, 2009*

*Submitted by:*
*GARY B. OTTINGER*
*ATTORNEY AT LAW*
/s/ Via e-mail
Gary B. Ottinger
P.O. Box 1782
Albuquerque, NM 87103-1782
(505) 246-8699 FAX 246-9104

Copy to:

Office of the U.S. Trustee
P.O. Box 608
Albuquerque NM 87103
505/248-6544; FAX 248-6558